# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **GURJEET KAUR,** *et al.* | : |
| *Plaintiffs*, | : |
| v. | Case No. 2:10 cv 961 |
| | : |
| | Judge Graham |
| **SUNSHINE HOSPITALITY, LLC.** *et al.* | [Magistrate Deavers] |
| | : |
| *Defendants.* | |

## **PLAINTIFFS STIPULATION OF DISMISSAL**

Plaintiffs hereby dismiss the instant case pursuant to Fed. R. Civ. P. 41, without prejudice.

Respectfully submitted,

s/John E. Breen

_____
**JOHN E. BREEN (0015142)**
LAW OFFICES OF JOHN L. ALDEN
One East Livingston Avenue
Columbus, Ohio  43215
(614) 374-3324
(614) 221-3551  FAX
JBBREENLAW@AOL.COM

*Trial Counsel for plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 27th day of July, 2011, via e mail, upon the following:

Jay Kanzler, Esq.
JAYKANZLER@WKLLC.COM

*S/John E. Breen*
_____
**JOHN E. BREEN (0015142)**